**No. 60043.**—Pistorino & Co., Inc. v. United States, protests 175975–K, etc. (Boston).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Angora rabbit hair similar in all material respects to that the subject of *W. N. Proctor Company* v. *United States* (35 Cust. Ct. 89, C. D. 1727), the claim of the plaintiff was sustained.

**No. 60044.**—Teigh, Inc. v. United States, protests 215672–K and 254527–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of pine or cedar cones similar in all material respects to those the subject of Abstract 59051, the claim of the plaintiff was sustained.

**No. 60045.**—Acme Imitation Stones, Ltd., and H. W. Robinson & Co., Inc., et al. v. United States, protests 238978–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of Abstract 59105, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 10 percent under the provision in paragraph 1528, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T. D. 52739), supplemented by Presidential proclamation (T. D. 52836), for imitation semiprecious stones, faceted, and (2) the items marked with the letter "B" at 30 percent under the provision in said paragraph, as modified by T. D. 51802, supplemented by T. D. 51898, for imitation semiprecious stones, not faceted.